**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Civil Action No. 05-6336-ABB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| SUNOCO, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## <u>ORDER</u>

**AND NOW,** this ___10th___ day of June, 2009, it is **ORDERED** that:

- Sunoco's Motion for Partial Summary Judgment on Successorship (Doc. #199, filed under seal) is **GRANTED.**

- The United States' Renewal of their Motion for Partial Summary Judgment on Successorship (Doc. #214) is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to: