# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SUNOCO, INC., et al., )<br>)<br>Defendants. ) | Civil Action No. 05-6336-ABB |

## ORDER

**AND NOW**, this  15th  day of July, 2009, it is **ORDERED** that:

- The United States' Motion for Summary Judgment on the Statute of Limitations Defenses (Doc. #200) is **DENIED** in part and **GRANTED** in part:
    - The United States' Tank Act claim against Sunoco for diminution in property value is not time barred.
    - There is an open question of fact as to whether or not the United States' Tank Act claim against Sunoco for costs of abatement is time barred.
    - The United States' UCATA claims against Sunoco and Atlantic Richfield are not time barred.

- Sunoco's Motion for Summary Judgment on the Statute of Limitations (Doc. #202) is **DENIED**; Sunoco's Motion for Summary Judgment on Causation (Doc. #202) is **DENIED** without prejudice; Sunoco's Motion for Summary Judgment on the United States' Clean Streams Act Claim (Doc. #202) is **DENIED**; Sunoco's Motion for Summary Judgment on the Tank Act Counterclaim (Doc. #202) is **DENIED** without prejudice.

- Atlantic Richfield's Motion for Summary Judgment on the Statute of Limitations (Doc. #204) is **DENIED**.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:      Copies **MAILED** on _____ to:

O:\ABB 2009\L - Z\Sunoco MSJ ORDER.wpd