# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil Action No. 05-6336-ABB |
| Plaintiff, ) | |
| v. ) | |
| SUNOCO, INC., et al., ) | |
| Defendants. ) | |

## ORDER

**AND NOW**, this  24th  day of August, 2009, it is **ORDERED** that the United States' Motion for Reconsideration (Doc. #249) is **GRANTED**.  Sunoco may not seek attorneys' fees or costs from the United States under the Tank Act.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: